THE STATE, Appellant, v. HAMBLETON, Respondent.

1. State v. Cowan, ante, p. 330, affirmed.

*Appeal from Polk Circuit Court.*

SCOTT, Judge, delivered the opinion of the court.

For my opinion in this case, see my opinion filed in the case of the State of Missouri v. Cowan, decided at this term. Judgment affirmed ; Judge Ewing not sitting, having been counsel for the State.

———————

THE STATE, Appellant, v. TILTON, Respondnt.

1. The State v. Cowan, ante, p. 330, affirmed.

*Appeal from Polk Circuit Court.*

*Knott*, (attorney general,) for the State.

SCOTT, Judge, delivered the opinion of the court.

For my opinion in this case, see the opinion filed in the case of the State of Missouri v. Cowan, decided at this term. Judge Ewing not sitting, having been counsel for the State.